United States *v.* Trico Products Corp.

No. 4408.—

Entered at Buffalo, N. Y., December 23, 1936.
Entry No. 3434.

(Amended decision [Reap. Dec. 4386] October 10, 1938)

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard E. Fitz Gibbon,* special attorney), for the plaintiff.

Defendant not represented by counsel.

BROWN, Judge: My decision of September 15, 1938, Reap. Dec. 4386, is hereby amended as follows:

The dutiable values of the merchandise here involved, stated in English currency, are as follows:

| | |
|---|---|
| Direction Indicators and accessories | 61 pounds, 10 shillings, 6 pence |
| "Safetisigns" | 66 pounds, 6 shillings |
| Total value of the entry, packed | 127 pounds, 16 shillings, 6 pence |

The error in the original decision having to do only with the summation of the two individual items, and the matter still being in the breast of the court, I make the present amended finding.

Amended judgment will issue accordingly.